AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ABEL MESA <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF SAN ANTONIO, ACTING BY AND THROUGH ITS AGENT, CITY PUBLIC SERVICE BOARD D/B/A CPS ENERGY <br> *Defendant(s)* | Civil Action No. 5:17-cv-00654-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CITY OF SAN ANTONIO, ACTING BY AND THROUGH ITS AGENT, CITY PUBLIC SERVICE BOARD D/B/A CPS ENERGY
Leticia M. Vacek, City Clerk, City of San Antonio, Office of the City Clerk, 100 Military Plaza, San Antonio, Texas 78205.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan Braun
PONCIO LAW OFFICES, PC
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: July 20, 2017          *Diana Garcia*
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-00654-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leticia M. Vacek, City of San Antonio City Clerk
was received by me on *(date)* July 27, 2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leticia M. Vacek, City Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* The City of San Antonio, Acting
by and through its agent, City Public Service Board on *(date)* July 26, 2017 ; or
d/b/a CPS Energy

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 1, 2017

*Server's signature* Debra Cortez

Debra Cortez, Paraleagal
*Printed name and title*

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229
*Server's address*

Additional information regarding attempted service, etc:

